**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORNELIUS J. O'LEARY, JR., | 2:12-CV-511 JCM (VCF) |
| Plaintiff(s), | |
| v. | |
| DISTRICT ATTORNEY OF THE STATE OF NEVADA, et al., | |
| Defendant(s). | |

**ORDER**

Presently before the court is the case of *O'Leary v. District Attorney of the State of Nevada et al.* (2:12-cv-00511-JCM-VCF).

On January 9, 2013, pursuant to Local Rule 41-1, the clerk of the court informed plaintiff that, if no action was taken in this case within thirty (30) days, the court would dismiss the case for want of prosecution. (Doc. # 4). To date, plaintiff having taken no further action to prosecute this case,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *O'Leary v. District Attorney of the State of Nevada et al* (2:12-cv-00511-JCM-VCF) be, and the same hereby is, DISMISSED without prejudice.

DATED February 19, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge