# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

CORNELIUS J. O'LEARY, JR.,

        Plaintiff,

vs.

DISTRICT ATTORNEY OF THE STATE OF NEVADA, *et al.*,

        Defendants.

Case No. 2:12–cv–511–JCM–VCF

**ORDER**

Before the court is Cornelius O'Leary's Motion to Permanently Seal and Destroy Records (#8). On February 19, 2013, the Honorable James C. Mahan, U.S. District Judge dismissed O'Leary's action for want of prosecution. (*See* Doc. #6). Additionally, O'Leary was not granted *in forma pauperis* status and never paid the court's filing fee. Now, O'Leary moves the court to destroy all records relating to his action because he has allegedly been shot at, attacked by crowds, and harassed by the U.S. Marshals, TSA, and others "who claim to be protecting President Obama."

O'Leary's motion is stricken. *Metzger v. Hussman*, 682 F. Supp. 1109, 1111 (D. Nev. 1988) (stating that the court has the inherent power to strike); *Kamakana v. City & Cnty of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (discussing the law governing motions to seal).

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that O'Leary's Motion to Permanently Seal and Destroy Records (#8) is STRICKEN.

DATED this 15th day of August, 2014.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE